IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| **GREGORY ALLEN PEET, SR.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| vs. | ) Case No. 1:25-cv-00053-SNLJ |
| | ) |
| **ROGER ALLAN STEWART, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

**MEMORANDUM AND ORDER**

This matter is before the Court for case review. Plaintiff filed his Complaint on March 24, 2025 (Doc. 1). Since that date, he has filed "Exhibits to Lawsuits" consisting of 109 pages (Doc. 3) and 45 pages (Doc. 18). The filing of exhibits that are not attached to the original complaint, an amended complaint, or a motion is not authorized by the Federal Rules of Civil Procedure or this Court's local rules. Further, the filing of exhibits offered as evidence outside of a trial is not authorized by the rules. As such, Documents 3 and 18 will be stricken and deleted from the record.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's filings at Documents 3 and 18 are **STRICKEN** from the record and the Clerk of Court shall delete Documents 3 and 18 from the docket.

**SO ORDERED** this 7th day of April, 2025.

_____
**STEPHEN N. LIMBAUGH, JR.**
**SENIOR UNITED STATES DISTRICT JUDGE**